UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,

  v.

CAFE FIORE, INC., individually and d/b/a, Cafe Fiore, NEPHELE'S RESTAURANT, INC., individually and d/b/a Nephele's Restaurant, JOE KEVIN WALLACE, individually and d/b/a Cut Loose, MAGURANYI SZABOLCS,

        Defendants.
_____/

NO. CIV. 12-1403 WBS JFM

ORDER

----oo0oo----

Defendant Szabolcs Maguranyi[1] submitted a request for additional time to file an answer to plaintiff's complaint. (Docket No. 5.) There appearing to be no opposition to the request, IT IS HEREBY ORDERED that defendant Szabolcs Maguranyi

---

[1] The complaint lists Maguranyi Szabolcs as a defendant. In the request filed with the court, however, defendant refers to himself as Szabolcs Maguranyi, and so the court will refer to him thus.

1

1 | is granted an extension of time to and including Monday,
2 | September 3, 2012 to answer or otherwise plead to the complaint
3 | in this action.
4 | DATED: August 2, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE