Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd, Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile )(916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

# OF THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff;<br><br>v.<br><br>Cafe Fiore, Inc., et al<br><br>Defendants. | Case No. **2:12-cv-01403-WBS-JFM**<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendant Nephele's Restaurant, Inc. Without Prejudice**<br><br>Case to Remain Open with Remaining Defendants |

IT IS SO ORDERED THAT Defendant, Nephele's Restaurant, Inc., is hereby dismissed from the above-entitled action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). This case is to remain open with remaining Defendants.

Date: March 7, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-01403-WBS-JFM- 1