SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No.**2:12-cv-01403-WBS-JFM** |
|  | ) |
| Plaintiff; | ) **ORDER RE: STIPULATION FOR** |
|  | ) **DISMISSAL** |
| vs. | ) |
|  | ) |
| Café Fiore, Inc., et al, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

    IT IS SO ORDERED THAT the above-entitled action be and
is hereby dismissed with prejudice pursuant to Fed. R. Civ.
P. Rule 41(a)(1)(A).


Date:  June 14, 2013


                    _William B. Shubb_____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

            PROPOSED ORDER RE STIPULATION FOR DISMISSAL